UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

July 28, 2021

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Jasand Patric Mock
Ms. Sarah Weiss
Office of the United States Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

Ms. Laura Friend Smythe
Mr. Nicholas Arrivo
Humane Society of the United States
1255 23rd Street NW, Suite 450
Washington, DC 20037

Mr. Stuart Wilcox
Law Office of Stuart Wilcox
2340 Dayton Street
Aurora, CO 80010

Ms. Evelyn S. Ying
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044

Mrs. Andrea Zaccardi
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455

**RE:**　　**21-1200, Center for Biological, et al v. Walsh, et al**
　　　　Dist/Ag docket: 1:18-CV-00558-MSK

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　Christopher M. Wolpert
　　　　　　　　　　　　　　　　Clerk of Court


CMW/na